Barry E. Borowitz #167418
**Borowitz & Clark, LLP**
100 North Barranca Avenue, Suite 250
West Covina, CA 91791
(626) 332-8600 Telephone
(626) 332-8644 Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-SAN FERNANDO DIVISION

| In re: | Case No. 1:08-bk-17510-MT |
|---|---|
| ANDRES DIAZ ANGELES, JR., | Chapter 13 |
| AND | **APPLICATION FOR SUPPLEMENTAL FEES** |
| MISTY MARIA ANGELES | |
| Debtor(s). | |

TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE; AND ELIZABETH ROJAS, CHAPTER 13 TRUSTEE: Applicant is counsel of record for the above-named Debtor(s) who are under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of **$4,000.00**. Since confirmation of said Plan, Supplemental fees have been awarded as follows **$0.00**. Total fees awarded to date **$4,000.00**. Since confirmation of said Plan, applicant has performed certain extraordinary services at the request of the Debtor(s) as follows:

| HOURS | RATE | ACTIVITY |
|---|---|---|
| .30 hrs @ $350.00/hr<br>Attorney – Barry E. Borowitz | | 08/25/2009 – Attorney received and reviewed Motion for Relief from the Automatic Stay ("MFR") regarding Aurora Loan Services, gave to administrator to prepared and mailed letter to client regarding hearing date of September 17, 2009. |
| .20 hrs @ $90.00/hr<br>Administrator – Nancy Montes | | 09/03/2009 – Administrator prepared and mailed letter to client regarding MFR hearing set for September17, 2009. |
| .20 hrs @ $90.00/hr<br>Administrator – Nancy Montes | | 09/11/2009 – Administrator spoke with clients regarding MFR and delinquent payments. |
| 1.1 hrs @ $90.00/hr<br>Administrator – Nancy Montes | | 09/14/2009 – Administrator received and reviewed email from client with attached proof of mortgage payment. Prepared Opposition to Aurora Loan Service's MFR. Gave to Attorney to review and sign. |

| | | |
|---|---|---|
| 1 | .30 hrs @ $350.00/hr<br>Attorney – Barry E. Borowitz | 09/14/2009 – Attorney received and reviewed file and Opposition to Aurora Loan Service's MFR, signed and gave to administrator to prepare and service appropriate parties. |
| 2 | | |
| 3 | | |
| 4 | .60 hrs @ $90.00/hr<br>Administrator – Nancy Montes | 09/14/2009 – Administrator received signed Opposition and file, prepared Opposition to be filed and mailed to appropriate parties. |
| 5 | .75 hrs @ $300.00/hr<br>Attorney – Karen A. Dion | 09/17/2009 – Attorney at hearing on MFR, hearing was continued to October 29, 2009. (Included travel time to and from court, there were four hearings on the calendar, only billable for .75 hours). |
| 6 | | |
| 7 | | |
| 8 | .20 hrs @ $90.00/hr<br>Administrator – Nancy Montes | 09/17/2009 – Administrator spoke with clients regarding MFR and the possibility of working out a standard Adequate Protection Order ("APO") with Aurora Loan Service. |
| 9 | | |
| 10 | .20 hrs @ $90.00/hr<br>Administrator – Nancy Montes | 10/14/2009 – Administrator spoke with clients regarding upcoming continued MFR hearing. |
| 11 | | |
| 12 | .10 hrs @ $90.00/hr<br>Administrator – Nancy Montes | 10/21/2009 – Administrator prepared and emailed McCarthy Holthus requesting standard APO. |
| 13 | | |
| 14 | .25 hrs @ $350.00/hr<br>Attorney – Barry E. Borowitz | 10/21/2009 – Attorney received and reviewed APO, signed and gave to administrator to forward to McCarthy Holthus. |
| 15 | | |
| 16 | .80 hrs @ $300.00/hr<br>Attorney – Karen A. Dion | 10/29/2009 – Attorney at hearing on MFR, hearing was continued to December 3, 2009. (Included travel time to and from court, there were five hearings on the calendar, only billable for .80 hours). |
| 17 | | |
| 18 | .50 hrs @ $90.00/hr<br>Administrator – Ramona Robins | 06/10/2010 – Administrator reviewed file and prepared application for Supplemental Fees. |
| 19 | | |
| 20 | .20 hrs @ $350.00/hr<br>Attorney – Barry E. Borowitz | 06/10/2010 – Attorney received and reviewed application for Supplemental Fees. |
| 21 | | |
| 22 | // | |
| 23 | // | |
| 24 | // | |
| 25 | // | |
| 26 | // | |
| 27 | // | |
| 28 | // | |

**SUMMARY OF TIME**

| | |
|---|---|
| Attorney – Barry E. Borowitz | 1.05 x $350.00 = $367.50 |
| Attorney – Karen A. Dion | 1.55 x $300.00 = $465.00 |
| Administrator – Nancy Montes | 2.60 x $ 90.00 = $234.00 |
| Administrator – Ramona J. Robins | .50 x $ 90.00 = $ 45.00 |

**Total fees**    $1,111.50

The reasonable value for said services is **$1,111.50** of which **$0.00** has been paid. WHEREFORE, your applicant prays that an allowance be made in the sum of **$1,111.50**.

DATED: June 14, 2010

By: _____
Barry E. Borowitz
Attorney for Debtor(s)

| In re: ANDRES DIAZ ANGELES, JR., AND MISTY MARIA ANGELES | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:08-bk-17510-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 N. Barranca Ave., Suite 250, West Covina, CA 91791

The foregoing document described APPLICATION FOR SUPPLEMENTAL FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  06/14/2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Judge:** Maureen Tighe, 21041 Burbank Blvd., Suite 325, Woodland Hills, CA 91367
**Debtor:** Andres & Misty Angeles, 46415 60th Street East, Lancaster, CA 93535
**U. S. Trustee-San Fernando Valley:** 21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367
**Chapter 13 Trustee:** Elizabeth Rojas, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/14/2010 | Ramona J. Robins | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

| In re: ANDRES DIAZ ANGELES, JR., AND MISTY MARIA ANGELES | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:08-bk-17510-MT |

**ADDITIONAL LIST:**

Andres Diaz Angeles, Jr.
46415 60th Street East
Lancaster, CA 93535

Misty Maria Angeles
46415 60th Street East
Lancaster, CA 93535

Barry E. Borowitz
Borowitz & Clark, LLP
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791-1600

AAA Financial Services
P.O. Box 15726
Wilmington, DE 19886

American Express
P.O. Box 981537
El Paso, TX 79998

Antelope Valley Hospital
1600 West Avenue J
P.O. Box 7001
Lancaster, CA 93539-7001

Antelope Valley Hospital
C/o Collection Wizards
P.O. Box 1989
Big Bear Lake, CA 92315-1989

Antelpoe Valley Hospital
1600 West Avenue J
P.O. Box 7001
Lancaster, CA 93539

Apria Healthcare
1328 South Highland Avenue
Jackson, TN 38301-7369

Atlantic Credit
2727 Franklin Road
Roanoke, VA 24014

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

Aurora Loan Services
10350 Park Meadows Dr St
Littleton, CO 80124

Bank Of America
P.O. Box 17054
Wilmington, DE 19884

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Beck Psychiatric Medical Group
1650 West Avenue J
Lancaster, CA 93534

Bureau of Collection Recovery, Inc.
7575 Corporate Way
Eden Prairie, MN 55344

California Business Bureau
1711 South Mountain Avenue
Acct # 004603733-0001
Monrovia, CA 91017

California Dept of Public Health
850 Marina Bay Parkway, Rm F175
Richmond, CA 94804

Capital One
P.O. Box 85520
Richmond, VA 23285

Client Services, Inc
3451 Harry Truman Boulevard
Saint Charles, MO 63301-4047

Collection Wizards
P.O. Box 630538
Simi Valley, CA 93063

Computer Collections
C/o Lancaster Community Hospital
P.O. Box 5238
Winston Salem, NC 27113-5238

Corporate Receivables, Inc.
P.O. Box 32995
Phoenix, AZ 85064-2995

County Of Ventura
4651 Telephone Road, Suite 10
Ventura, CA 93003

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re: ANDRES DIAZ ANGELES, JR., AND MISTY MARIA ANGELES | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:08-bk-17510-MT |

Credit Collection Services
Two Wells Avenue, Department 587
File # 08 0180 13330
Newton Center, MA 02459

Credit Collection Services
Two Wells Avenue, Department 587
File # 08 0177 12396
Newton Center, MA 02459

Elizabeth F. Rojas
Chapter 13 Trustee
15301 Ventura Blvd., Bldg B Ste 400
Sherman Oaks, CA 91403

Elva Ruth Mezquita M.D.
18250 Roscoe Boulevard, Unit 245
Northridge, CA 91325

Equifax - Credit Bureau
P.O. Box 105069
Atlanta, GA 30348

Experian
P.O. Box 2002
Allen, TX 75013

Experian - Credit Bureau
P.O. Box 949
Allen, TX 75002

GE Money Bank/Gap
P.O. Box 981400
El Paso, TX 79998

Gemb/Lowes
P.O. Box 103065
Roswell, GA 30076

Gemb/Lowes
P.O. Box 981416
El Paso, TX 79998

GM Card
C/o Hsbc Bank
P.O. Box 5253
Carol Stream, IL 60197

Hsbc Bank
P.O. Box 5253
Carol Stream, IL 60197

Hsbc/Best Buy
P.O. Box 15519
Wilmington, DE 19850

IC System, Inc.
444 Highway 96 East
P.O. Box 64867
Saint Paul, MN 55164

Insight Health Corporation
File 57174
Los Angeles, CA 90074-7174

John E. Glassco, M.D.
P.O Box 2311
Chatsworth, CA 91313-2311

Juniper
C/o Barclays Bank Delaware
125 South West Street
Wilmington, DE 19801

Lancaster Community Hospital
C/o Argent Healthcare Financial
7650 Magna Drive
Belleville, IL 62223

Los Angeles Orthopaedic Inst.
4955 Van Nuys Boulevard, #615
Sherman Oaks, CA 91403

Michael D. Cohen M.D.
P.O. Box 2377
Lancaster, CA 93539

Primary Financial Services
3115 North 3rd Avenue, Suite 112
Phoenix, AZ 85013

Progressive Management Systems
1521 West Cameron Avenue, 1st Floor
West Covina, CA 91790-2738

Quest Diagnositics
P.O. Box 78406
Phoenix, AZ 85062-8406

Quest Diagnositics
P.O. Box 78406
Phoenix, AZ 85062

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re: ANDRES DIAZ ANGELES, JR., AND MISTY MARIA ANGELES | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 1:08-bk-17510-MT |

Redline Recovery Services, LLC
1145 Sanctuary Parkway, Suite 350
Alpharetta, GA 30004-4756

Renaissance Imaging Med Assoc
P.O. Box 190
Simi Valley, CA 93062

Sears
P.O. Box 6189
Sioux Falls, SD 57117

Southern California Gas Company
Attention: Bankruptcy Department
1300 West Main Street

Team Post-Op Inc
P.O. Box 513510
Los Angeles, CA 90051

The Home Depot
C/o Citi Bank South Dakota
P.O. Box 6497
Sioux Falls, SD 57117

The Law Office of John P. Frye
P.O. Box 11767
Roanoke, VA 24022

Trans Union
2 Baldwin Place
P.O. Box 1000
Chester, PA 19022

Trans Union - Credit Bureau
P.O. Box 1000
Crum Lynne, PA 19022

United States Trustee-Woodland Hill
21051 Warner Center Lane
Suite #115
Woodland Hills, CA 91367

Valley Presbyterian Hospital
15107 Vanowen Street
Van Nuys, CA 91405

Washington Mutual
P.O. Box 1093
Northridge, CA 91328

Washington Mutual/Providian
P.O. Box 9180
Pleasanton, CA 94566

Wells Fargo
P.O. Box 29704
Phoenix, AZ 85038

Wells Fargo Bank
P.O. Box 5445
Portland, OR 97228

West Asset Management
P.O. Box 956842
Saint Louis, MO 63195

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1