Barry E. Borowitz, Esq. #167418
**Borowitz & Clark, LLP**
100 N. Barranca Ave., Suite 250
West Covina, CA 91791
Tel: (626) 332-8600
Fax: (626) 332-8644

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

In re:

ANDRES ANGELES, JR. AND

MISTY ANGELES

Debtor(s).

Case No: 1:08-bk-17510-MT

Chapter 13

**APPLICATION FOR SUPPLEMENTAL FEES**

TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE; AND ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE: Applicant is counsel of record for the above-named Debtor(s) who are under a confirmed Chapter 13 Plan. Fees were awarded for confirmation in the amount of $4000.00. Since confirmation of said Plan, Supplemental fees have been awarded as follows $1,111.50. Since confirmation of said Plan, applicant has performed certain extraordinary services at the request of the Debtor(s) attached as Exhibit A. The reasonable value for said services is **$2,932.50** of which $0 has been paid. WHEREFORE, your applicant prays that an allowance be made in the sum of **$2,932.50**.

Dated: March 2, 2011

By: _____
Barry E. Borowitz
Attorney for Debtor(s)

-1-

# EXHIBIT "A"

| **Key** | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Barry Borowitz | BEB | | $475.00 | |
| Karen Dion | KAD | | $450.00 | |
| Nancy Arce | NMA | | $125.00 | |
| Nancy Clark | NBC | | $475.00 | |
| Robert Elliott | RDE | | $125.00 | |

**Services Rendered for Trustee's Motion to Dismiss ("TMD") and Motion to Modify ("MOMOD")**

| Date / Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| *10/23/2010* Attorney receives and reviews Trustee's Motion to Dismiss ("TMD"), discusses with Administrator filing an opposition. | BEB | 0.40 | $ 475.00 | $ 190.00 |
| *10/28/2010* Administrator speaks with debtor regarding TMD. | NMA | 0.30 | $ 125.00 | $ 37.50 |
| *11/4/2010* Administrator prepares Opposition to TMD, forwards to Attorney to review and sign. | NMA | 0.70 | $ 125.00 | $ 87.50 |
| *11/5/2010* Attorney receives and reviews Opposition to TMD, signs and forwards to Administrator to file. | BEB | 0.20 | $ 475.00 | $ 95.00 |
| *11/9/2010* Administrator reviews Claims Register, Trustee's Payee Summary and Proof of Income, calculates Motion to Modify ("MOMOD"). | NMA | 0.80 | $ 125.00 | $ 100.00 |
| *11/9/2010* Administrator speaks with debtor regarding MOMOD. | NMA | 0.20 | $ 125.00 | $ 25.00 |
| *11/16/2010* Administrator prepares MOMOD. | NMA | 1.00 | $ 125.00 | $ 125.00 |
| *11/16/2010* Administrator prepares Notice of MOMOD. | NMA | 0.60 | $ 125.00 | $ 75.00 |
| *11/18/2010* Administrator emails debtors regarding MOMOD. | NMA | 0.20 | $ 125.00 | $ 25.00 |
| *12/8/2010* Administrator receives signed MOMOD, forwards to Attorney to review and sign. | NMA | 0.10 | $ 125.00 | $ 12.50 |
| *12/8/2010* Attorney receives and reviews Notice and MOMOD, signs and forwards to Administrator to file. | BEB | 0.25 | $ 475.00 | $ 118.75 |

| Date / Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|
| *12/13/2010* Attorney reviews file and prepares documents for TMD hearing, forwards to Appearance Attorney. | NBC | 0.30 | $ 475.00 | $ 142.50 |
| *12/14/2010* Attorney present at TMD hearing. (Including travel time to and from court, there was 7 hearings on calendar, only billable for .60) | KAD | 0.60 | $ 450.00 | $ 270.00 |
| *12/30/2010* Administrator prepares Declaration of Non-Opposition to MOMOD, forwards to Attorney to review. | NMA | 0.70 | $ 125.00 | $ 87.50 |
| *1/11/2011* Administrator prepares Order Granting MOMOD, forwards to Attorney to review. | NMA | 0.50 | $ 125.00 | $ 62.50 |
| *1/11/2011* Attorney receives and reviews Order and Declaration of Non-Opposition to MOMOD, approves and forwards to Administrator to file. | BEB | 0.20 | $ 475.00 | $ 95.00 |
| *1/15/2011* Attorney receives and reviews Executed Order Granting MOMOD. | BEB | 0.10 | $ 475.00 | $ 47.50 |
| *2/7/2011* Attorney reviews file and prepares documents for Continued TMD hearing, forwards to Appearance Attorney. | NBC | 0.30 | $ 475.00 | $ 142.50 |
| *2/8/2011* Attorney present at Continued TMD hearing. (Including travel time to and from court, there was # hearings on calendar, only billable for 2.00) Trustee withdrew motion. | KAD | 2.00 | $ 450.00 | $ 900.00 |
| *2/15/2011* Administrator reviews file and prepares Application of Supplemental Fees, forwards to Attorney to review and sign. | RDE | 1.40 | $ 125.00 | $ 175.00 |
| *2/16/2011* Attorney receives and reviews Application of Supplemental Fees, signs and forwards to Administrator to file. | BEB | 0.25 | $ 475.00 | $ 118.75 |
| Sub-Total of services rendered | | 11.10 | | $ 2,932.50 |

**Summary of Time**

| | | | | |
|---|---|---|---|---|
| Attorney Nancy Clark | NBC | 0.60 | $ 475.00 | $ 285.00 |
| Attorney Karen Dion | KAD | 2.60 | $ 450.00 | $ 1,170.00 |
| Attorney Barry Borowitz | BEB | 1.40 | $ 475.00 | $ 665.00 |
| Administrator Nancy Arce | NMA | 5.10 | $ 125.00 | $ 637.50 |
| Administrator Robert Elliott | RDE | 1.40 | $ 125.00 | $ 175.00 |
| **Total** | | 11.10 | | $ 2,932.50 |

# Borowitz & Clark, LLP

100 N. Barranca Avenue, Suite 250
West Covina, CA 91791
TEL: (626) 332-8600
FAX: (626) 332-8644
www.BLClaw.com

BARRY E. BOROWITZ*‡
M. ERIK CLARK†*‡
NANCY BONACCORSO CLARK
SHANNON A. DOYLE
JOVAN A. JOHNSON
EVA L. TAYLOR ○

† Also Admitted in NY & CT
○ Also Admitted in MA
* A Professional Corporation
‡ Board Certified in Consumer Bankruptcy

Of Counsel:
KAREN A. DION

Additional Office Locations:

ONTARIO
NORWALK
TORRANCE
PALMDALE

June 18, 2010

Andres Angeles Jr. & Misty Angeles
46415 60th Street East
Lancaster, CA 93535

RE: New Hourly Rates

Dear Mr. & Mrs. Angeles:

This letter is to inform you effective January 1, 2010 our hourly rates have changed as follows:

| | |
|---|---|
| Barry E. Borowitz | $475.00 per hour |
| M. Erik Clark | $475.00 per hour |
| Nancy B. Clark | $475.00 per hour |
| Shannon A. Doyle | $450.00 per hour |
| Karen A. Dion | $450.00 per hour |
| Eva L. Taylor | $435.00 per hour |
| Jovan A. Johnson | $435.00 per hour |
| All Case Administrators | $125.00 per hour |

Sincerely,

Borowitz & Clark, LLP

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca Avenue, Suite 250**
**West Covina, CA 91791**

A true and correct copy of the foregoing document described as ***APPLICATION FOR SUPPLEMENTAL FEES*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 2, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Maureen Tighe, 21041 Burbank Blvd., Suite 325, Woodland Hills, CA 91367
**Debtor:** Andres and Misty Angeles, 46415 60th Street East, Lancaster, CA 93535
**Chapter 13 Trustee:** Elizabeth F. Rojas, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 2, 2011 | Robert Elliott | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                   F 9013-3.1.PROOF.SERVICE

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

AAA Financial Services
P.O. Box 15726
Wilmington, DE 19886

American Express
P.O. Box 981537
El Paso, TX 79998

Antelope Valley Hospital
1600 West Avenue J
P.O. Box 7001
Lancaster, CA 93539-7001

Antelope Valley Hospital
C/o Collection Wizards
P.O. Box 1989
Big Bear Lake, CA 92315-1989

Antelpoe Valley Hospital
1600 West Avenue J
P.O. Box 7001
Lancaster, CA 93539

Apria Healthcare
1328 South Highland Avenue
Jackson, TN 38301-7369

Atlantic Credit
2727 Franklin Road
Roanoke, VA 24014

Aurora Loan Services
10350 Park Meadows Drive
Littleton, CO 80124

Aurora Loan Services
10350 Park Meadows Dr St
Littleton, CO 80124

Bank Of America
P.O. Box 17054
Wilmington, DE 19884

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Beck Psychiatric Medical Group
1650 West Avenue J
Lancaster, CA 93534

Bureau of Collection Recovery, Inc.
7575 Corporate Way
Eden Prairie, MN 55344

California Business Bureau
1711 South Mountain Avenue
Acct # 004603733-0001
Monrovia, CA 91017

California Dept of Public Health
850 Marina Bay Parkway, Rm F1
Richmond, CA 94804

Capital One
P.O. Box 85520
Richmond, VA 23285

Client Services, Inc
3451 Harry Truman Boulevard
Saint Charles, MO 63301-4047

Collection Wizards
P.O. Box 630538
Simi Valley, CA 93063

Computer Collections
C/o Lancaster Community Hospital
P.O. Box 5238
Winston Salem, NC 27113-5238

Corporate Receivables, Inc.
P.O. Box 32995
Phoenix, AZ 85064-2995

County Of Ventura
4651 Telephone Road, Suite 10
Ventura, CA 93003

Credit Collection Services
Two Wells Avenue, Department 587
File # 08 0180 13330
Newton Center, MA 02459

Credit Collection Services
Two Wells Avenue, Department 587
File # 08 0177 12396
Newton Center, MA 02459

Elva Ruth Mezquita M.D.
18250 Roscoe Boulevard, Unit 245
Northridge, CA 91325

GE Money Bank/Gap
P.O. Box 981400
El Paso, TX 79998

Gemb/Lowes
P.O. Box 103065
Roswell, GA 30076

Gemb/Lowes
P.O. Box 981416
El Paso, TX 79998

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| GM Card<br>C/o Hsbc Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | Hsbc Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | Hsbc/Best Buy<br>P.O. Box 15519<br>Wilmington, DE 19850 |
| IC System, Inc.<br>444 Highway 96 East<br>P.O. Box 64867<br>Saint Paul, MN 55164 | Insight Health Corporation<br>File 57174<br>Los Angeles, CA 90074-7174 | John E. Glassco, M.D.<br>P.O Box 2311<br>Chatsworth, CA 91313-2311 |
| Juniper<br>C/o Barclays Bank Delaware<br>125 South West Street<br>Wilmington, DE 19801 | Lancaster Community Hospital<br>C/o Argent Healthcare Financial<br>7650 Magna Drive<br>Belleville, IL 62223 | Los Angeles Orthopaedic Inst.<br>4955 Van Nuys Boulevard, #615<br>Sherman Oaks, CA 91403 |
| Michael D. Cohen M.D.<br>P.O. Box 2377<br>Lancaster, CA 93539 | Primary Financial Services<br>3115 North 3rd Avenue, Suite 112<br>Phoenix, AZ 85013 | Progressive Management Systems<br>1521 West Cameron Avenue, 1st Floor<br>West Covina, CA 91790-2738 |
| Quest Diagnositics<br>P.O. Box 78406<br>Phoenix, AZ 85062-8406 | Quest Diagnositics<br>P.O. Box 78406<br>Phoenix, AZ 85062 | Redline Recovery Services, LLC<br>1145 Sanctuary Parkway, Suite 35<br>Alpharetta, GA 30004-4756 |
| Renaissance Imaging Med Assoc<br>P.O. Box 190<br>Simi Valley, CA 93062 | Sears<br>P.O. Box 6189<br>Sioux Falls, SD 57117 | Southern California Gas Company<br>Attention: Bankruptcy Department<br>1300 West Main Street<br>Visalia, CA 93291 |
| Team Post-Op Inc<br>P.O. Box 513510<br>Los Angeles, CA 90051 | The Home Depot<br>C/o Citi Bank South Dakota<br>P.O. Box 6497<br>Sioux Falls, SD 57117 | The Law Office of John P. Frye<br>P.O. Box 11767<br>Roanoke, VA 24022 |
| Valley Presbyterian Hospital<br>15107 Vanowen Street<br>Van Nuys, CA 91405 | Washington Mutual<br>P.O. Box 1093<br>Northridge, CA 91328 | Washington Mutual/Providian<br>P.O. Box 9180<br>Pleasanton, CA 94566 |
| Wells Fargo<br>P.O. Box 29704<br>Phoenix, AZ 85038 | Wells Fargo Bank<br>P.O. Box 5445<br>Portland, OR 97228 | West Asset Management<br>P.O. Box 956842<br>Saint Louis, MO 63195 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                      F 9013-3.1.PROOF.SERVICE